# EXHIBIT A - LIQUIDATION ANALYSIS

Assets:

| | | |
|---|---|---|
| Inventory | $ 83,606 | |
| Accounts Receivable | $ 190,808 | |
| Cash | $ 6,588 | |
| Security Deposit | $ 7,537 | |
| Office Furniture and Equipment | $ 5,000 | |
| Box Truck | $ 35,000 | |
| Total | | $328,539 |

Liabilities:

| | | |
|---|---|---|
| PA Dept. of Revenue | $ 32 | |
| M & T Bank secured loan (all assets) | $482,839 | |
| M & T Bank secured loan (all assets) | $ 51,198 | |
| Ally Bank (Box Truck) | $ 22,128 | |
| Past Due Rent | $ 49,233 | |
| Other Unsecured debt | $405,589 | |
| Total | | $1,011,019 |

| | |
|---|---|
| Available for Unsecured Creditors on Liquidation | ($ 682,480) |
| Paid to General Unsecured Creditors in Plan | $ 60,000 (9.5%) |