**EXHIBIT B - PROJECTED CASH FLOW R7 LEASE PURCHASE, INC.**

|  | May-23 | Jun-23 | Jul-23 | Aug-23 |
|---|---:|---:|---:|---:|
| Starting Cash | $ 7,000 | $ 2,562 | $ 656 | $ 156 |
| Projected revenue | $ 50,000 | $ 50,000 | $ 50,000 | $ 50,000 |
| Total Cash Available | $ 57,000 | $ 52,562 | $ 50,656 | $ 50,156 |
| Cost of Goods Sold | $ 12,500 | $ 10,000 | $ 10,000 | $ 10,000 |
| Gross Profit | $ 37,500 | $ 40,000 | $ 40,000 | $ 40,000 |
| **Projected expenses:** | | | | |
| Rent | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 |
| Payroll | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 |
| Owner draw | $ 10,000 | $ 10,000 | $ 7,500 | $ 7,500 |
| Utilities | $ 900 | $ 900 | $ 900 | $ 900 |
| Insurance | $ 200 | $ 200 | $ 200 | $ 200 |
| Fuel | $ 500 | $ 500 | $ 500 | $ 500 |
| ADT | $ 144 | $ 144 | $ 144 | $ 144 |
| Taxes | $ 4,000 | $ 4,000 | $ 4,000 | $ 4,000 |
| Royalties | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 |
| Marketing | $ 750 | $ 750 | $ 750 | $ 750 |
| Accounting | $ 600 | $ 600 | $ 600 | $ 600 |
| Software Licensing | $ 450 | $ 450 | $ 450 | $ 450 |
| Phone | $ 350 | $ 350 | $ 350 | $ 350 |
| IT support | $ 300 | $ 300 | $ 300 | $ 300 |
| Repairs | $ 500 | $ 500 | $ 500 | $ 500 |
| Total Oper. Expenses | $ 37,694 | $ 37,694 | $ 35,194 | $ 35,194 |
| Net before plan payments | $ (194) | $ 2,306 | $ 4,806 | $ 4,806 |
| Priority Claim - PA Dept. Rev. | $ 32 | | | |
| Admin. Claims | $ 500 | $ 500 | $ 500 | $ 500 |
| Class 1 - M & T Bank | $ 2,307 | $ 2,307 | $ 2,307 | $ 2,307 |
| Class 4 - Ally | $ 905 | $ 905 | $ 905 | $ 905 |
| Class 5(a) - Levittown, P.A. | $ 500 | $ 500 | $ 500 | $ 500 |
| Class 5(b) - unsecured cred. | | | $ 3,000 | |
| Total plan payments | $ 4,244 | $ 4,212 | $ 7,212 | $ 4,212 |
| Net cash | $ 2,562 | $ 656 | $ 156 | $ 750 |

|  | Sep-23 | Oct-23 | Nov-23 | Dec-23 | Jan-24 | Feb-24 | Mar-24 |
|---|---:|---:|---:|---:|---:|---:|---:|
| $ | 750 | 3,844 | 6,938 | 94 | 3,094 | 594 | 594 |
| $ | 55,000 | 55,000 | 55,000 | 55,000 | 50,000 | 50,000 | 50,000 |
| $ | 55,750 | 58,844 | 61,938 | 55,094 | 53,094 | 50,594 | 50,594 |
| $ | 12,500 | 12,500 | 12,500 | 12,500 | 10,000 | 10,000 | 10,000 |
| $ | 42,500 | 42,500 | 42,500 | 42,500 | 40,000 | 40,000 | 40,000 |
|  |  |  |  |  |  |  |  |
| $ | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 |
| $ | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 |
| $ | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 5,000 |
| $ | 900 | 900 | 900 | 900 | 900 | 900 | 900 |
| $ | 200 | 200 | 200 | 200 | 200 | 200 | 200 |
| $ | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| $ | 144 | 144 | 144 | 144 | 144 | 144 | 144 |
| $ | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| $ | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| $ | 750 | 750 | 750 | 750 | 750 | 750 | 750 |
| $ | 600 | 600 | 600 | 600 | 600 | 600 | 600 |
| $ | 450 | 450 | 450 | 450 | 450 | 450 | 450 |
| $ | 350 | 350 | 350 | 350 | 350 | 350 | 350 |
| $ | 300 | 300 | 300 | 300 | 300 | 300 | 300 |
| $ | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| $ | 35,194 | 35,194 | 35,194 | 35,194 | 35,194 | 35,194 | 32,694 |
| $ | 7,306 | 7,306 | 7,306 | 7,306 | 4,806 | 4,806 | 7,306 |
|  |  |  |  |  |  |  |  |
| $ | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| $ | 2,307 | 2,307 | 2,307 | 2,307 | 2,307 | 2,307 | 2,307 |
| $ | 905 | 905 | 905 | 905 | 905 | 905 | 905 |
| $ | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| $ |  |  | 3,000 |  |  |  | 3,000 |
| $ | 4,212 | 4,212 | 7,212 | 4,212 | 4,212 | 4,212 | 7,212 |
| $ | 3,844 | 6,938 | 94 | 3,094 | 594 | 594 | 94 |

| | Apr-24 | YEAR 2 | YEAR 3 | YEAR 4 | YEAR 5 |
|---|---|---|---|---|---|
| $ | 94 | $ 594 | $ 1,843 | $ 4,088 | $ (5,912) |
| $ | 50,000 | $ 620,000 | $ 620,000 | $ 620,000 | $ 620,000 |
| $ | 50,094 | $ 620,594 | $ 621,843 | $ 624,088 | $ 614,088 |
| $ | 10,000 | $ 132,500 | $ 132,500 | $ 132,500 | $ 132,500 |
| $ | 40,000 | $ 487,500 | $ 487,500 | $ 487,500 | $ 487,500 |
| $ | 8,000 | $ 96,000 | $ 96,000 | $ 96,000 | $ 96,000 |
| $ | 10,000 | $ 120,000 | $ 120,000 | $ 130,000 | $ 130,000 |
| $ | 7,500 | $ 100,000 | $ 102,500 | $ 102,500 | $ 102,500 |
| $ | 900 | $ 10,800 | $ 11,000 | $ 11,000 | $ 11,000 |
| $ | 200 | $ 2,400 | $ 2,500 | $ 2,500 | $ 2,500 |
| $ | 500 | $ 6,000 | $ 6,100 | $ 6,100 | $ 6,100 |
| $ | 144 | $ 1,728 | $ 1,728 | $ 1,728 | $ 1,728 |
| $ | 4,000 | $ 48,000 | $ 48,000 | $ 48,000 | $ 48,000 |
| $ | 1,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 |
| $ | 750 | $ 9,000 | $ 9,000 | $ 9,000 | $ 9,000 |
| $ | 600 | $ 7,200 | $ 7,200 | $ 7,200 | $ 7,200 |
| $ | 450 | $ 5,400 | $ 5,400 | $ 5,400 | $ 5,400 |
| $ | 350 | $ 4,200 | $ 4,200 | $ 4,200 | $ 4,200 |
| $ | 300 | $ 3,600 | $ 3,600 | $ 3,600 | $ 3,600 |
| $ | 500 | $ 6,000 | $ 6,000 | $ 6,000 | $ 6,000 |
| $ | 35,194 | $ 432,328 | $ 435,228 | $ 445,228 | $ 445,228 |
| $ | 4,806 | $ 55,172 | $ 52,272 | $ 42,272 | $ 42,272 |
| $ | 500 | $ 2,500 | $ 2,500 | $ 2,500 | |
| $ | 2,307 | $ 27,684 | $ 27,684 | $ 27,684 | $ 27,684 |
| $ | 905 | $ 8,145 | $ - | $ - | |
| $ | 500 | $ 6,000 | $ 6,000 | $ 6,000 | 6000 |
| | | $ 9,000 | $ 12,000 | $ 12,000 | $ 12,000 |
| | | | $ - | $ - | |
| $ | 4,212 | $ 53,329 | $ 48,184 | $ 48,184 | $ 45,684 |
| | | | $ - | $ - | |
| $ | 594 | $ 1,843 | $ 4,088 | $ (5,912) | $ (3,412) |