## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                          :
       R7 Lease Purchase, Inc.                     :      Bankr. Case #22-13287 (AMC)
                                     :
       Debtor.                                         :      Chapter 11
                                     :

## <u>ORDER OF DISMISSAL</u>

AND NOW,   to wit, this <u>14th</u> day of  September        , 2023, in consideration

of the United States trustee's Motion, and after hearing in open court, and for the reasons stated

on the record, it is

ORDERED, that the Motion is GRANTED, and that this case is hereby

dismissed.

BY THE COURT:

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge